**Electronically Filed**
**Supreme Court**
**SCWC-16-0000809**
**16-FEB-2018**
**01:42 PM**

SCWC-16-0000809

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JAMEEL RICHARD DOWLING,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000809; FC-CR NOS. 15-1-2075, 15-1-2087 AND
16-1-1608)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jameel Richard Dowling's

application for writ of certiorari filed on January 2, 2018, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, February 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

